| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| WEISS & SPEES<br>Michael H. Weiss (SBN 107481)<br>1925 Century Park East, Suite 650<br>Los Angeles, CA 90067<br>Tel. (424) 245-3100<br>Fax (424) 245-3199<br><br>*Attorney for* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,<br><br>Debtor. | CHAPTER  11<br><br>CASE NUMBER  02:09-bk-24771-ER<br><br>(No Hearing Required) |
|---|---|

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES; DECLARATION OF MICHAEL H. WEISS

1. TO *(specify name)*: OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(o), which provides for granting of motions without a hearing. (Check appropriate box below):

    ☒ The full Motion is attached hereto.

    ☐ The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing:** Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: 6/23/09

Weiss & Spees
*Law Firm Name*

By: _____/S/ Michael H. Weiss_____

Date Notice Mailed: 6/23/09

Name: Michael H. Weiss
*Attorney for Movant*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.2

**WEISS & SPEES**
Michael H. Weiss (State Bar No. 107481)
Laura J. Meltzer (State Bar No. 151889)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424-245-3100
Facsimile: 424-245-3100
mw@weissandspees.com

[Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,<br><br>Debtor. | Case No.: 02:09-bk-24771-ER<br><br>Chapter 11<br><br>**DEBTOR'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES; DECLARATION OF MICHAEL H. WEISS**<br><br>[No Hearing Set] |

Pursuant to Local Bankruptcy Rule 2081-1 and 11 U.S.C.§§ 105 and 363 and 507(a)(7), Debtor and Debtor in possession Martin Jelinowicz ("Debtor"), hereby moves, on an emergency basis, for an Order Extending, by Thirty (30) days, the Date by Which Debtor Must file its Statement of Financial Affairs and Schedules of Assets and Liabilities (the "Motion").

In support of this Motion, Debtor alleges:

1.  Debtor filed its petition for relief under chapter 11 of the Bankruptcy Code on June 12, 2009 (the "Petition Date"). Unless otherwise extended by the Court, Debtor must file its

Printed on Recycled Paper

MHW/Weiss & Spees/Jelinowicz/Emerg. Motion to Extend Sched. And SOFA.docx

Statement of Financial Affairs and Schedules of Assets and Liabilities on or before June 29, 2009 (the "Current Deadline").

2.  This Court has jurisdiction of this matter under 28 U.S.C. § 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2)(M).

3.  On the Petition Date and over the weekend immediately after, Debtor's counsel ("W&S") moved its offices. In doing so, there was and, to some extent—continues to be--a temporary but significant disruption in W&S's office operations. In light of these circumstances, W&S anticipates that it will have difficulty timely complying with the Current Deadline. Accordingly, W&S requests the entry of an order extending, by thirty (30) days, the date by which Debtor must file its Statement of Financial Affairs and Schedules of Assets and Liabilities until July 30, 2009 pursuant to 11 U.S.C.A. § 521(1). Declaration of Michael H. Weiss, ¶ 2.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order:

(a)  authorizing Debtor to file its Statement of Financial Affairs and Schedules of Assets and Liabilities on or before July 30, 2009; and

(b)  granting such other and further relief as the Court deems just and proper.

Dated: June 23, 2009

WEISS & SPEES
Michael H. Weiss

By: /S/ *Michael H. Weiss*
　　[Proposed] Attorneys for
　　Martin Jelinowicz, Debtor and Debtor in Possession

Printed on Recycled Paper

## DECLARATION OF MICHAEL H. WEISS

I, MICHAEL H. WEISS, declare as follows:

1. I am a partner in the law firm of Weiss & Spees, [proposed] attorneys for Martin Jelinowicz, debtor and debtor- possession. I have personal knowledge of the facts attested to herein and if called to testify concerning same, I could and would do so competently.

2. On June 12, 2009, along with three other attorneys, I left the law firm of Fainsbert Mase & Snyder, LLP to establish the law firm of Weiss & Spees ("W&S"). W & S began moving its files, electronic data and furnishings to its new offices on June 12 and continued through the weekend of June 13-14, 2009. As of Monday, June 15, 2009, W&S did not have a fully functioning telephone system or scanner and many of its files were not yet unpacked. To a certain extent, W&S continues to experience a temporary disruption to its normal operations. As a result of the temporary disruption, I anticipate that I will not be able to fully complete all of Debtor's Statement of Financial Affairs and Schedules of Assets and Liabilities by the current due date of June 29, 2009. Accordingly, Debtor requests that the Court enter an Order extending the date for filing his Statement of Financial Affairs and Schedules of Assets and Liabilities for an additional thirty (30) days, to July 30, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration in Los Angeles, California on June 23, 2009.

/S/ *Michael H. Weiss*
Michael H. Weiss

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1925 Century Park East, Suite 650, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND DEBTOR'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES; DECLARATION OF MICHAEL H. WEISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 23, 2009 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

Dare.Law@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On June 9, 2009 I served the following person(s) and/or entity at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached Service List

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Dare.Law@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2009 | Robin Goodwin | /S/ |
|---|---|---|
| Date | Type Name | Signature |

4

# SERVICE LIST

In re Martin Jelinowicz

Chapter 11

02:09-bk-24771-ER

| | |
|---|---|
| Office of the United States Trustee<br>725 S Figueroa Street<br>Los Angeles, CA 90017<br><br>American Servicing Co<br>3476 Stateview Blvd<br>Ft Mill, SC 29715<br><br>Countrywide Home Loans<br>(Bank of America)<br>450 American Street<br>Simi Valley, CA 93065-6285<br><br>GMAC Mortgage<br>3451 Hammond Ave<br>PO Box 780<br>Waterloo, IA 50704-0780<br><br>IndyMac Federal Bank<br>Home Loan Servicing<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009<br><br>JP Morgan Chase Bank<br>(WaMu)<br>19850 Plummer Street-NO70207<br>Chatsworth, CA 91311<br><br>James Geffner<br>3500 W Olive Avenue<br>Suite 1100<br>Burbank, CA 91505<br><br>Marina Del Rey Marina<br>13524 Bali Way<br>Marina Del Rey, CA 90292 | Jose Rodriguez<br>330 Cantebury<br>Oxnard, CA 93033<br><br>Rosanne Duran Carlson<br>348 Carr Rd<br>Ventura, CA 93001<br><br>Rafael Lopez<br>864 S F Street<br>Oxnard, CA 93030<br><br>Brandon Dixon<br>866 S F Street<br>Oxnard, CA 93030<br><br>Michelle Bouche<br>351 Barry Drive<br>Ventura, CA, 93001<br><br>Lenore Wander<br>1343 Veinna Way<br>Venice, CA 90291<br><br>Mark Ford<br>1012 Nowita Pl<br>Venice, CA 90291<br><br>Los Angeles DWP<br>PO Box 30808<br>Los Angeles, CA 90030<br><br>The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 |

| | |
|---|---|
| Steven Lacher CPA<br>16530 Ventura Blvd<br>Suite 305<br>Encino, CA 91436<br><br>Wachovoa Mortgage<br>PO Box 6050<br>City of Industry, CA 91716-0505<br><br>Amy Ortiz<br>1200 Cedar Street<br>Oxnard,CA 93033<br><br>Candelario Flores<br>150 El Medio<br>Ventura, CA 93001<br><br>Irene Yakle<br>263 Barry Drive 93001<br>Ventura, CA 93001<br><br>Mary Galvin<br>302 Franklin<br>Ventura, CA 93001<br><br>Jason Thomas<br>330 Barry Drive<br>Ventura, CA 93001<br><br>Maria Botello<br>330 Cantebury<br>Oxnard,CA 93033 | AT&T<br>PO Box 60017<br>Los Angeles, CA 90060-0017<br><br>Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074<br><br>So California Telephone Co<br>27515 Enterprise Circle West<br>Temecula, CA 92590-4864 |