**WEISS & SPEES, LLP**
Michael H. Weiss (State Bar No. 107481)
Laura J. Meltzer (State Bar No. 151889)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424-245-3100
Facsimile: 424-245-3199
mw@weissandspees.com

[Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,<br><br>Debtor. | Case No.: 02:09-bk-24771-ER<br><br>Chapter 11<br><br>**SCHEDULE A—REAL PROPERTY** |

Printed on Recycled Paper

| Form B6A (12/07) | | 2007 USBC, Central District of California |
|---|---|---|
| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,<br>Debtor | | Case No. 02:09-bk-24771 |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 215 E. Lewis Street, Ventura, CA 93001 | Fee | | Unknown*** | $277,281.31 |
| 272 and 272 ½ Barry Drive, Ventura, CA 93001 | Fee | | Unknown | $334,358.55 |
| 253 Barry Drive, Ventura, CA 93001 | Fee | | Unknown | $292,732.72 |
| 263 Barry Drive, Ventura, CA 93001 | Fee | | Unknown | $385,110.30 |
| 159 Hughes Drive, Oxnard, CA 93033 | Fee | | Unknown | $251,998.50 |
| 150-154 El Medio Street, Ventura, CA 93001 | Fee | | Unknown | $608,895.81 |
| 1200 W. Cedar Street, Oxnard, CA 93033 | Fee | | Unknown | $263,347.77 |
| | | Total | *** applies to all listed properties. Debtor is obtaining appraisals | |

(Report also on Summary of Schedules.)

| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, Debtor | Case No. 02:09-24771-ER |
|---|---|

# SCHEDULE A-REAL PROPERTY

(CONTINUATION SHEET)

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| 302 Franklin Lane, Ventura, CA 93001 | Fee | Unknown | $346,807.95 |
| 315 E. Vince Street, Ventura, CA 93001 | Fee | Unknown | $345,228.53 |
| 330 Barry Drive, Ventura, CA 93001 | Fee | Unknown | $234,000.00 |
| 348 Carr Road, Ventura, CA 93001 | Fee | Unknown | $347,080.88 |
| 351 Barry Drive, Ventura, CA 93001 | Fee | Unknown | $366,612.38 |
| 4052 Ojai Road, Santa Paula, CA 93060 | Fee | Unknown | $435,983.06 |
| 864 & 866 S F Street, Oxnard, CA 93030 | Fee | Unknown | $455,960.69 |
| 560 Lucero Road, Pacific Palisades, CA 90272 | Fee | Unknown | $1,298,290.39** (**not inclusive of any recoveries from lawsuit) |
| 1012 Nowita Place, Los Angeles, CA 90291 | Fee | Unknown | $754,059.81 |
| 1334 Vienna Way, Venice, CA 90291 | Fee | Unknown | $908,365.06 |

Continuation Sheet No. 1 of 2 to Schedule A-Real Property

| | | | |
|---|---|---|---|
| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, Debtor | | Case No. 02:09-24771-ER | |

## SCHEDULE A-REAL PROPERTY

(CONTINUATION SHEET)

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| 1664 Gunnison Trail, Topanga Canyon, CA 90290 | Fee | Unknown | $0.00 |
| 5201 Floral Drive, Valley Vista, CA 93001 | Fee | Unknown | $341,942.06 |
| 330 Canterbury Way, Oxnard, CA 93033 | Fee | Unknown | $590,944.38 |

Sheet No. 2 of 2 Continuation Sheets attached to Schedule of Real Property