**WEISS & SPEES, LLP**
Michael H. Weiss (State Bar No. 107481)
Laura J. Meltzer (State Bar No. 151889)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424-245-3100
Facsimile: 424-245-3199
mw@weissandspees.com

[Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,<br><br>Debtor. | Case No.: 02:09-bk-24771-ER<br><br>Chapter 11<br><br>**SCHEDULE D—CREDITORS HOLDING SECURED CLAIMS** |

| Form B6D - (12/1) | | | 2007 USBC, Central District of California |
|---|---|---|---|
| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, Debtor. | | | Case No.: 02:09-24771-ER |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. 7825 American Servicing Co 3476 Stateview Blvd Ft Mill, SC 29715 | | | Trust Deed  Value $ | | | | $248,500.00 | |
| Last four digits of Account NO. 3473 Bank of America 450 American Street Simi Valley, CA 93065-6285 | | | Trust Deed  Value $ | | | | $292,732.72 | |
| Last four digits of Account NO. 9152 Bank of America 450 American Street Simi Valley, CA 93065-6285 | | | Trust Deed  Value $ | | | | $366,612.38 | |
| 8 Continuation Sheets attached | | | Subtotal (Total of this page) | | | | $907,845.10 | |

| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, Debtor. | Case No.: 02:09-24771-ER |
|---|---|

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. 3642 | | | Trust Deed | | | | $590,944.38 | |
| Bank of America 450 American Street Simi Valley, CA 93065-6285 | | | Value $ | | | | | |
| Last four digits of Account No. 5035 | | | Trust Deed | | | | $347,080.88 | |
| Bank of America 450 American Street Simi Valley, CA 93065-6285 | | | Value $ | | | | | |
| Last four digits of Account No. 6291 | | | Trust Deed | | | | $608,895.81 | |
| Bank of America 450 American Street Simi Valley, CA 93065-6285 | | | Value $ | | | | | |
| Last four digits of Account No. 0622 | | | Trust Deed | | | | $341,942.06 | |
| Bank of America 450 American Street Simi Valley, CA 93065-6285 | | | Value $ | | | | | |
| Last four digits of Account No. 9150 | | | Trust Deed | | | | $346,807.95 | |
| Bank of America 450 American Street Simi Valley, CA 93065-6285 | | | Value $ | | | | | |
| | | | | | | Subtotal(s) | $2,235,721.08 | |

In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,
Debtor.

Case No.: 02:09-24771-ER

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. 0861 <br> Bank of America <br> 450 American Street <br> Simi Valley, CA 93065-6285 | | | Trust Deed <br><br> Value $ | | | | $277,281.31 | |
| Last four digits of Account No. 4958 <br> Bank of America <br> 450 American Street <br> Simi Valley, CA 93065-6285 | | | Trust Deed <br><br> Value $ | | | | $754,059.81 | |
| Last four digits of Account No. 4496 <br> Bank of America <br> 450 American Street <br> Simi Valley, CA 93065-6285 | | | Trust Deed <br><br> Value $ | | | | $908,365.06 | |
| Last four digits of Account No. 8146 <br> Bank of America <br> 450 American Street <br> Simi Valley, CA 93065-6285 | | | Trust Deed <br><br> Value $ | | | | $345,228.53 | |
| Last four digits of Account No. 8242 <br> GMAC Mortgage <br> 3451 Hammond Ave <br> PO Box 780 <br> Waterloo, IA 50704-0780 | | | Trust Deed <br><br> Value $ | | | | $435,983.06 | |
| | | | | | | Subtotal(s) | $2,720,917 | |

| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, Debtor. | Case No.: 02:09-24771-ER |
|---|---|

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. 9145 <br> IndyMac Federal Bank Home Loan Servicing 6900 Beatrice Drive Kalamazoo, MI 49009 | | | Trust Deed <br><br> Value $ | | | | $251,998.50 | |
| Last four digits of Account No. 3331 <br> JP Morgan Chase Bank (WaMu) 19850 Plummer Street-NO70207 Chatsworth, CA 91311 | | | Trust Deed <br><br> Value $ | | | | $385,110.30 | |
| Last four digits of Account No. 2254 <br> JP Morgan Chase Bank (WaMu) 19850 Plummer Street-NO70207 Chatsworth, CA 91311 | | | Trust Deed <br><br> Value $ | | | | $234,000.00 | |
| Last four digits of Account No. 8127 <br> JP Morgan Chase Bank (WaMu) 19850 Plummer Street-NO70207 Chatsworth, CA 91311 | | | Trust Deed <br><br> Value $ | | | | $1,298,290.39 | |
| Last four digits of Account No. 6599 <br> JP Morgan Chase Bank (WaMu) 19850 Plummer Street-NO70207 Chatsworth, CA 91311 | | | Trust Deed <br><br> Value $ | | | | $455,960.69 | |
| | | | | | | Subtotal(s) | $2,625,359.88 | |

Form B6D - (12/6)  2007 USBC, Central District of California

| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, Debtor. | Case No.: 02:09-24771-ER |
|---|---|

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. 3117 <br> Wachovoa Mortgage <br> PO Box 6050 <br> City of Industry, CA 91716-0505 | | | Trust Deed <br><br> Value $ | | | | $334,358.55 | |
| Last four digits of Account No. 5363 <br> Wachovoa Mortgage <br> PO Box 6050 <br> City of Industry, CA 91716-0505 | | | Trust Deed <br><br> Value $ | | | | $263,347.77 | |
| Last four digits of Account No. APN 069-0-103-215 <br> Dan Goodwin <br> Assessor of Ventura County <br> 800 South Victoria Ave. <br> Ventura, CA 93009 | | | April 2009; Property Tax <br><br> Value $ | | | | $2374.68 | |
| Last four digits of Account No. APN 202-0-151-190 <br> Dan Goodwin <br> Assessor of Ventura County <br> 800 South Victoria Ave. <br> Ventura, CA 93009 | | | April 2009; Property Tax <br><br> Value $ | | | | $2666.37 | |
| Last four digits of Account No.APN 203-0-150-080 <br> Dan Goodwin <br> Assessor of Ventura County <br> 800 South Victoria Ave. <br> Ventura, CA 93009 | | | April 2009; Property Tax <br><br> Value $ | | | | $2288.01 | |
| | | | | | | Subtotal(s) | $605,035.38 | |

| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, Debtor. | Case No.: 02:09-24771-ER |
|---|---|

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. APN 069-0-052-175<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2201.93 | |
| Last four digits of Account No. APN 069-0-102—285<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2241.60 | |
| Last four digits of Account No. APN 069-0-053-135<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2425.25 | |
| Last four digits of Account No. APN 069-0-051-115<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2,144.01 | |
| Last four digits of Account No. APN 069-0-102-165<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2497.67 | |
| | | | | | | Subtotal(s) | $11,510.46 | |

| In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, Debtor. | Case No.: 02:09-24771-ER |
|---|---|

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. APN 069-0-052-125<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2605.99 | |
| Last four digits of Account No. APN 069-0-051-185<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2078.82 | |
| Last four digits of Account No. APN 063-0-102-045<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2673.71 | |
| Last four digits of Account No. APN 069-0-051-105<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2,225.39 | |
| Last four digits of Account No. APN 040-0-140-355<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2409.70 | |
| | | | | | | Subtotal(s) | $11,993.61 | |

Form B6D - (12/9)  2007 USBC, Central District of California

In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,
Debtor.

Case No.: 02:09-24771-ER

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. APN 219-0-016-125<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $2310.23 | |
| Last four digits of Account No. APN 069-0-122-020<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $4205.14 | |
| Last four digits of Account No. APN 222-0-104-065<br>Dan Goodwin<br>Assessor of Ventura County<br>800 South Victoria Ave.<br>Ventura, CA 93009 | | | April 2009; Property Tax<br><br>Value $ | | | | $3467.84 | |
| Last four digits of Account No. Unknown<br>Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054 | | | April 2009; Property Tax<br><br>Value $ | | | | $2539.03 | |
| Last four digits of Account No. Unknown<br>Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054 | | | April 2009; Property Tax<br><br>Value $ | | | | $1241.20 | |
| | | | | | | Subtotal(s) | $13,763.44 | |

In re MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,
Debtor.

Case No.: 02:09-24771-ER

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | Codebtor | Husband, Wife, Joint or community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. Unknown<br><br>Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054 | | | April 2009; Property Tax<br><br>Value $ | | | | $3738.36 | |
| Last four digits of Account No. | | | Value $ | | | | | |
| Last four digits of Account No. | | | Value $ | | | | | |
| Last four digits of Account No. | | | Value $ | | | | | |
| Last four digits of Account No. | | | Value $ | | | | | |
| | | | Subtotal(s) | | | | $3738.36 | |
| | | | TOTAL | | | | $9,135,884.31 | |