**WEISS & SPEES, LLP**
Michael H. Weiss (State Bar No. 107481)
Laura J. Meltzer (State Bar No. 151889)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424-245-3100
Facsimile: 424-245-3199
mw@weissandspees.com



FILED & ENTERED

DEC 16 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.: 02:09-bk-24771-ER |
| | ) | |
| MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, | ) ) ) | Chapter 11 |
| | ) | **[PROPOSED]** **ORDER SETTING CLAIMS BAR DATE** |
| | ) | |
| | ) | |
| | ) | [No Hearing Set] |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

Martin Jelinowicz, Debtor and Debtor-in-Possession ("Debtor") filed a Motion For Order (1) Establishing Bar Date For Filing Proofs Of Claim [11 U.S.C.A. §§ 501, 1111(a); Bankruptcy Rule 3003(c)(3)], and (2) Approving Notice Of Claims Bar Date (the "Motion").  Having considered Debtor's Motion, notice being adequate and good cause appearing, IT IS HEREBY ORDERED:

1. The bar date for filing claims, including any claims entitled to a priority under 11 U.S.C. § 503(b)(9), is January 8, 2010 (the "Bar Date").

2. For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the order for relief in this case, or (b) by February 10, 2010, whichever is later. 11 U.S.C. § 502(b)(9).

3. This order does not apply for creditors whose claims are entitled to a priority as an expense of administration under 11 U.S.C. §§ 503(b)(1)-(8).

4. Any creditor, whose claim is listed in Debtor's schedules as "disputed, contingent or unliquidated" must file a proof claim by the Bar Date.

5. Any person who claims to be a creditor whose claim is not listed on Debtor's schedules must file a proof of claim by the Bar date.

6. Failure to timely file a proof of claim by the Bar Date shall forever bar the allowance of that claim, any distribution on that claim or any vote on any proposed plan of reorganization with respect to that claim.

7. Any creditor who fails to timely file a proof of claim shall no longer be entitled to any further notices regarding that claim.

8. Any creditor who disputes the classification of its claim on said schedules must file a proof of claim, even if Debtor has scheduled the claim in a fixed and undisputed amount.

9. This order does not apply to creditors whose claims arise out of the avoidance of any transfer under 11 U.S.C. § 502(g).

10. This order does apply to a creditor whose claim arises out of the rejection of an executory contract or unexpired lease of real property.

11. Debtor shall serve all creditors and other parties in interest in this Chapter 11 reorganization case with a notice of the bar date (the "Notice") by December 28, 2009.

12. The form of Notice attached as Exhibit "A" is approved.

###

DATED: December 16, 2009

_____
United States Bankruptcy Judge

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No.: 02:09-bk-24771-ER |
| | ) |
| MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, | ) Chapter 11 |
| , | ) **NOTICE OF ORDER SETTING CLAIMS BAR DATE** |
| Debtor. | ) |
| | ) **BAR DATE: JANUARY 8, 2010** |

NOTICE is hereby given that, pursuant to an order of this Court, dated _____ 2009 and in accordance with Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure, the Court has set a bar date of **JANUARY 8, 2010**, (the "Bar Date"), and has prescribed procedures for filing proofs of claim against Debtor in the above-captioned chapter 11 cases (collectively, the "Debtors").

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases; (2) claims of governmental units; and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: (a) 30 days after the date of entry of the order authorizing the rejection, or (b) January 8, 2010, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the order for relief in this case, or (b) by February 10, 2010, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is: (a) 30 days after the entry of judgment avoiding the transfer, or (b) January 10, 2010, whichever is later.

Unless otherwise noted below, the deadline and procedures set forth herein apply to all claims of whatever character that arose prior to the commencement of this case on June 12, 2009, whether secured or unsecured, liquidated or unliquidated, fixed or contingent.

IF YOU MUST FILE A PROOF OF CLAIM BUT FAIL TO DO SO IN THE MANNER AND TIME PRESCRIBED, YOUR CLAIM WILL BE FOREVER BARRED, YOU WILL NOT BE ENTITLED TO ANY DISTRIBUTION ON THAT CLAIM OR TO VOTE ON ANY PROPOSED PLAN OF REORGANIZATION, AND YOU WILL RECEIVE NO FURTHER NOTICES REGARDING YOUR CLAIM.

**Failure of a creditor or interest holder to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan of reorganization without further notice or hearing. 11 U.S.C. § 502(b)(9). Creditors and interest holders may wish to consult an attorney to protect their rights.**

1. **WHO MUST FILE**: You must file a proof of claim if you have a Prepetition Claim (as defined below), unless your claim is of a type described in Paragraphs 2, 3 or 4, below. A "Prepetition Claim" is a claim that arose before June 12, 2009.

2. **WHO SHOULD NOT FILE**: Do not file a proof of claim if you do not have a Prepetition Claim against Debtor. This notice is being sent to many who may not have a Prepetition Claim or who are otherwise not required to file a proof of claim. The fact that you have received this notice does not mean that you have a valid Prepetition Claim or that either Debtor or the Court thinks that you have a valid Prepetition Claim. There are substantial civil and criminal penalties for filing false claims.

3. **PROOFS OF INTEREST**: Do not file a proof of interest by reason of your ownership of shares of common stock of Debtor.

4. **WHO MAY FILE A PROOF OF CLAIM, BUT IS NOT REQUIRED TO**:

You may file a proof of claim, but are not required to file a proof of claim, if any of the following applies to you:

(a) If you have already filed a proof of claim. You may change your Prepetition Claim by filing another proof of claim and designating it in the space provided on the enclosed proof of claim form as an amended proof of claim.

(b) If your Prepetition Claim is listed on the schedules filed by the Debtors with the Court, on or before January 8, 2010, and is <u>not</u> listed as "disputed," "contingent," or "unliquidated," and you agree that your claim has been scheduled accurately, you are not required to file a proof of claim form.

5. **MULTIPLE CLAIMS:** If you have more than one Prepetition Claim, you should apply Paragraphs 1, 2 and 4, separately, to each of your Prepetition Claims. For example, if you have one Prepetition Claim that should not be filed and a second Prepetition Claim that must be filed, you should file a proof of claim as to the second Prepetition Claim only.

6. **WHEN AND WHERE TO FILE**: All proofs of claim must be received by 4:00 p.m. on January 8, 2010 in the United States Bankruptcy Court, located at Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Room 940, Los Angeles, CA 90012. YOU MUST FILE THE ORIGINAL OF EACH PROOF OF CLAIM, INCLUDING ATTACHMENTS. This deadline is absolute, unless your claim:

(a) Arises from the rejection by Debtor of an executory contract or an unexpired lease, in which case the deadline will be fixed by the Court in the order approving the rejection.

(b) Arises from a recovery by Debtor of an avoidable transfer made to you, in which case the deadline will be 30 days after entry of the court order or judgment for recovery of the transfer.

(c) Is a tax claim described in Bankruptcy Code section 502(i), 11 U.S.C. § 502(i), that does not arise until after the Bar Date.

7. **WHAT TO FILE**: If you file a proof of claim, please use the proof of claim form supplied with this notice. FAILURE TO USE THIS FORM MAY RESULT IN A DELAY IN PAYMENT OF YOUR CLAIM. If you want to file a proof of claim but do not have an original

proof of claim form, please contact Debtor at the telephone number and email address listed in paragraph 9.

8. **FURTHER INFORMATION:** If you have a question about this notice or if you need additional proof of claim forms, you may contact the Debtor's attorneys, Weiss & Spees, LLP, Laura J. Meltzer, Esquire at the following telephone number during the hours 9:00 A.M. to 5:00 P.M., EDT, Monday through Friday: (424) 245-3100, by fax: (424) 245-3199, attention Laura J. Meltzer or by email: lm@weissandspees.com. Copies of the proof of claim form can be downloaded from the Bankruptcy Court's website: http://www.cacb.uscourts.gov/. All pleadings filed in Debtor's case are available for inspection during regular business hours, from 9:00 a.m. until 5:00 p.m., Monday through Friday, at the office of the Clerk of the United States Bankruptcy Court, located at Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.

ANY OTHER REQUESTS, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM OR TAKE ANY OTHER ACTION WITH RESPECT TO YOUR PREPETITION CLAIM, SHOULD BE DIRECTED TO YOUR ATTORNEY.

Dated: _____, 2009        MARTIN JELINOWICZ.

By: /S/ Michael H.Weiss
    Michael H. Weiss
WEISS & SPEES, LLP
Attorneys for Debtor and Debtor in Possession

| In re | Ch. 11 |
|---|---|
| MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, | Case No. 02:09-bk-24771-ER |
| Debtor. | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1925 Century Park East, Suite 650, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER SETTING CLAIMS BAR DATE**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**N/A to L.O.U.**

II. **SERVED BY U. S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 7, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*
**See attached List**

III. **SERVED BY EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 4, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2009 | Laura J. Meltzer | /S/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Mailing Information for Case 2:09-bk-24771-ER**

Electronic Mail Notice List
- Dare Law    dare.law@usdoj.gov
- David F Makkabi    cmartin@pprlaw.net
- Christopher M McDermott    ecfcacb@piteduncan.com
- Cassandra J Richey    cmartin@pprlaw.net
- John D Schlotter    bkmail@mrdefault.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael H Weiss    mweiss@fms-law.com, lm@weissandspees.com;jb@weissandspees.com
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

**Manual Notice List**

Advance Realestate Property Management
4011 Saviers Road
Oxnard, CA 93033

Lodgen, Lacher, Golditch, Sardi, Saunders & Howard, LLP
16530 Ventura Blvd
Suite 305
Encino, CA 91436

Michael Rodov
Expert Appraisers
22521 Reynolds Drive
Torrance, CA 90505

| In re | Ch. 11 |
|---|---|
| MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD, | Case No. 02:09-bk-24771-ER |
| Debtor. | |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER SETTING CLAIMS BAR DATE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of
, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Dare Law    dare.law@usdoj.gov
- David F Makkabi    cmartin@pprlaw.net
- Christopher M McDermott    ecfcacb@piteduncan.com
- Cassandra J Richey    cmartin@pprlaw.net
- John D Schlotter    bkmail@mrdefault.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael H Weiss    mweiss@fms-law.com, lm@weissandspees.com;jb@weissandspees.com
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

American Servicing Co
3476 Stateview Blvd
Ft Mill, SC 29715

Countrywide Home Loans
(Bank of America)
450 American Street
Simi Valley, CA 93065-6285

GMAC Mortgage
3451 Hammond Ave
PO Box 780
Waterloo, IA 50704-0780

IndyMac Federal Bank
Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

JP Morgan Chase Bank
(WaMu)
19850 Plummer Street-NO70207
Chatsworth, CA 91311

Dean R. Prober, Esq.
Cassandra Richey, Esq.
Prober & Raphael, A Law Corp.
20750 Ventura Blvd., #100
Woodland Hills, CA 91364

James Geffner
500 N. Central Ave, Ste. 800
Glendale, CA 91203

Marina Del Rey Marina
13524 Bali Way
Marina Del Rey, CA 90292

Steven Lacher CPA
16530 Ventura Blvd
Suite 305
Encino, CA 91436

Wachovoa Mortgage
PO Box 6050
City of Industry, CA 91716-0505

Amy Ortiz
1200 Cedar Street
Oxnard,CA 93033

Irene Yakle
263 Barry Drive 93001
Ventura, CA 93001

Maria Botello
330 Canterbury
Oxnard,CA 93033

Jose Rodriguez
330 Canterbury
Oxnard,CA 93033

Edilyn Valdez Boniel
Janice L. Valdez Nazareno,
Jose Ron A Naz
330 Canterbury
Oxnard,CA 93033

Rosanne Duran Carlson

348 Carr Rd
Ventura, CA 93001

Rafael Lopez
864 S F Street
Oxnard,CA 93030

Brandon Dixon
866 S F Street
Oxnard,CA 93030

Mary Galvin
302 Franklin La.
Ventura, CA 93001

Tina Broccoli
215 E. Lewis
Ventura, CA 93001

Mark Ford
1012 Nowita Pl
Venice, CA 90291

Christine Priske
1341 Vienna Way
Venice, CA 90291

Lenore Wander
1343 Vienna Way
Venice, CA 90291

Kendra Ogden
Anne Ogletree
5109 Floral Drive
Valley Vista, CA 93001

Ian McDonald
Mircea Brown
150 El Medio St.
Ventura, CA 93001

Candelario Flores
152 El Medio St.
Ventura, CA 93001

Los Angeles DWP
PO Box 30808
Los Angeles, CA 90030

The Gas Company
P.O. Box C
Monterey Park, CA  91756

AT&T
PO Box 60017
Los Angeles, CA 90060-0017

Time Warner Cable

PO Box 60074
City of Industry, CA 91716-0074

So California Telephone Co
27515 Enterprise Circle West
Temecula, CA 92590-4864

Lawrence L Matheney
Ventura County Tax collector
800 South Victoria Ave
Ventura, CA 93009

City of Los Angeles Municipal Services
PO Box 30808
Los Angeles, CA 90030

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054