| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| WEISS & SPEES, LLP<br>Michael H. Weiss (SBN 107481)<br>1925 Century Park East, Suite 650<br>Los Angeles, CA 90067<br>T. 424-245-3100<br>F. 424-245-3199<br>mw@weissandspees.com | |
| *Attorney for* Martin Jelinowicz, Debtor and Debtor in Possession | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br>MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER 2:09-bk-24771<br><br>(No Hearing Required) |

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

Notice of Debtor and Debtor-in-Possession's Intent to Abandon Real Property (11 U.S.C. Section 554)

1. TO *(specify name)*: All Creditors and Parties in Interest

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(o), which provides for granting of motions without a hearing. (Check appropriate box below):

   ☒ The full Motion is attached hereto.
   ☐ The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: 12/9/09

Weiss & Spees, LLP
*Law Firm Name*
By: /s/ Michael H. Weiss

Date Notice Mailed: 12/9/2009

Name: Michael H. Weiss
*Attorney for Movant*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

**F 9013-1.2**

WEISS & SPEES, LLP
Michael H. Weiss (State Bar No. 107481)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424-245-3100
Facsimile: 424-245-3199
mw@weissandspees.com

Attorneys for Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARTIN JELINOWICZ, aka MARTCO, aka JELCO ENTERPRISES, aka MARTY BERNARD,<br><br>Debtor. | Case No.: 02:09-bk-24771-ER<br><br>Chapter 11<br><br>**NOTICE OF DEBTOR AND DEBTOR-IN-POSSESSION'S INTENT TO ABANDON REAL PROPERTY**<br><br>(11 U.S.C. §554)<br><br>[NO HEARING REQUIRED] |

TO ALL CREDITORS AND PARTIES IN INTEREST OR THEIR COUNSEL OF RECORD:

NOTICE IS GIVEN that unless an objection is made and a hearing is timely requested by a party in interest in the manner set forth below, Martin Jelinowicz, debtor and debtor-in-possession ("Debtor") intends to abandon all of the Debtor's right, title and interest in the following residential real properties (the "Properties") commonly described as:

| Address | Lender |
|---|---|
| 351 Barry Drive, Ventura, CA | Bank of America |
| 5109 Floral Drive, Valley Vista, CA | Bank of America |
| 253 Barry Drive, Ventura, CA | Bank of America |
| 150--154 El Medio Street, Ventura, CA | Bank of America |
| 348 Carr Road, Ventura, CA | Bank of America |
| 330 Canterbury Way, Oxnard, CA | Bank of America |
| 302 Franklin La., Ventura, CA | Bank of America |
| 315 Vince St., Ventura, CA | Bank of America |
| 215 Lewis, Ventura, CA | Bank of America |
| 263 Barry Drive, Ventura, CA | JP Morgan Chase |
| 330 Barry Drive, Ventura, CA | JP Morgan Chase |
| 864--866 F Street, Oxnard, CA | JP Morgan Chase |
| 159 Hughes Drive, Oxnard, CA | IndyMac One West |
| 4052 Ojai Road, Santa Paula, CA | GMAC |
| 1200 W. Cedar St., Oxnard, CA | Wachovia |
| 272-272 1/2 Barry Drive, Ventura, CA | Wachovia |
| 338 Barry Drive, Ventura, CA | American Servicing |

Debtor believes that the Properties are of no value to the estate and that the administration of such Properties would be unduly burdensome. Debtor also believes that the proposed abandonment is in the best interests of the estate and the creditors.

      NOTICE IS ALSO GIVEN that pursuant to Local Bankruptcy Rule 9013-1(o), any opposition to the proposed abandonment and any request for a hearing must, not later than 15 days after the date of the service of this Notice, be filed with the clerk of the Bankruptcy Court and served on (1) attorneys for the Debtor at the address in the upper left corner of the first page of this Notice; (2) the Office of the United States Trustee, 725 S. Figueroa St., Suite 2600, Los Angeles, CA 90017. If no opposition and request for hearing are timely filed and served, Debtor may take the proposed action on the date specified. Any objections not timely filed and properly

be deemed waived. The abandonment shall become effective upon entry of an order approving same.

To the extent that a request or application is required by law or applicable Rules, this Notice constitutes such a request or application.

Dated: December 9, 2009

WEISS & SPEES, LLP
Michael H. Weiss

By: /S/ Michael H. Weiss
    Michael H. Weiss
    Attorneys for Martin Jelinowicz, Debtor
    and Debtor-in-Possession

| In re | Ch. 11 |
| Martin Jelinowicz, aka Martco, aka Jelco Enterprises, aka Marty Bernard, Debtor | Case No.: 02:09-bk-24771-ER |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1925 Century Park East, Suite 650, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF DEBTOR AND DEBTOR-IN-POSSESSION'S INTENT TO ABANDON REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 4, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**See attached Service List**

II. **SERVED BY U. S. MAIL** (indicate method for each person or entity served):
On December 9, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached Service List**

III. **SERVED BY EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 9, 2009 | Laura J. Meltzer | /S/ [signature] |
| Date | Type Name | Signature |

# Mailing Information for Case 2:09-bk-24771-ER

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Dare Law    dare.law@usdoj.gov
- David F Makkabi    cmartin@pprlaw.net
- Christopher M McDermott    ecfcacb@piteduncan.com
- Cassandra J Richey    cmartin@pprlaw.net
- John D Schlotter    bkmail@mrdefault.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael H Weiss    mweiss@fms-law.com, lm@weissandspees.com;jb@weissandspees.com
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Advance Realestate Property Management
4011 Saviers Road
Oxnard, CA 93033

Lodgen, Lacher, Golditch, Sardi, Saunders & Howard, LLP
16530 Ventura Blvd
Suite 305
Encino, CA 91436

Michael Rodov
Expert Appraisers
22521 Reynolds Drive
Torrance, CA 90505

# Service List for U.S. Mail—In re Jelinowicz
## 09-24771-ER

Martin Jelinowicz
560 Lucero Avenue
Pacific Palisades, CA 90272


Michael H Weiss
1925 Century Park East
Suite 650
Los Angeles, CA 90067

Office of the United States Trustee
725 S Figueroa Street
Los Angeles, CA 90017


American Servicing Co
3476 Stateview Blvd
Ft Mill, SC 29715

Countrywide Home Loans
(Bank of America)
450 American Street
Simi Valley, CA 93065-6285

GMAC Mortgage
3451 Hammond Ave
PO Box 780
Waterloo, IA 50704-0780


IndyMac Federal Bank
Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009

JP Morgan Chase Bank
(WaMu)
19850 Plummer Street-NO70207
Chatsworth, CA 91311

Dean R. Prober, Esq.
Cassandra Richey, Esq.
Prober & Raphael, A Law Corp.
20750 Ventura Blvd., #100
Woodland Hills, CA 91364

James Geffner
500 N. Central Ave, Ste. 800
Glendale, CA 91203

Marina Del Rey Marina
13524 Bali Way
Marina Del Rey, CA 90292

Steven Lacher CPA
16530 Ventura Blvd
Suite 305
Encino, CA 91436

Wachovoa Mortgage
PO Box 6050
City of Industry, CA 91716-0505

Amy Ortiz
1200 Cedar Street
Oxnard,CA 93033

Irene Yakle
263 Barry Drive 93001
Ventura, CA 93001

Maria Botello
330 Canterbury
Oxnard,CA 93033

Jose Rodriguez
330 Canterbury
Oxnard,CA 93033

Edilyn Valdez Boniel
Janice L. Valdez Nazareno,
Jose Ron A Naz
330 Canterbury
Oxnard,CA 93033

Rosanne Duran Carlson
348 Carr Rd
Ventura, CA 93001

Rafael Lopez
864 S F Street
Oxnard, CA 93030

Brandon Dixon
866 S F Street
Oxnard, CA 93030

Mary Galvin
302 Franklin La.
Ventura, CA 93001

Tina Broccoli
215 E. Lewis
Ventura, CA 93001

Mark Ford
1012 Nowita Pl
Venice, CA 90291

Christine Priske
1341 Vienna Way
Venice, CA 90291

Lenore Wander
1343 Vienna Way
Venice, CA 90291

Kendra Ogden
Anne Ogletree
5109 Floral Drive
Valley Vista, CA 93001

Ian McDonald
Mircea Brown
150 El Medio St.
Ventura, CA 93001

Candelario Flores
152 El Medio St.
Ventura, CA 93001

Los Angeles DWP
PO Box 30808
Los Angeles, CA 90030

The Gas Company
P.O. Box C
Monterey Park, CA 91756

AT&T
PO Box 60017
Los Angeles, CA 90060-0017

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

So California Telephone Co
27515 Enterprise Circle West
Temecula, CA 92590-4864

Lawrence L Matheney
Ventura County Tax collector
800 South Victoria Ave
Ventura, CA 93009

City of Los Angeles Municipal Services
PO Box 30808
Los Angeles, CA 90030


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054